UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

VICENTE PEDRO GARCIA

CIVIL DOCKET NO. 1:26-CV-0270

VERSUS

JUDGE DAVID C. JOSEPH

BRIAN ACUNA ET AL

MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Considering Petitioner Vicente Pedro Garcia's UNOPPOSED MOTION TO VOLUNTARY DISMISS HABEAS PETITION [DOC. 6];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [DOC. 1] filed by Petitioner Vicente Pedro Garcia is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 12th day of March 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE